UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-23846-CIV-BLOOM

CATHOLIC CHARITIES LEGAL SERVICES,
ARCHDIOCESE OF MIAMI, INC.,
    Plaintiff,

v.

ERIC STEIN, in his official capacity as
Director of Office of Information Programs
and Services of U.S. Department of State; and
U.S. DEPARTMENT OF STATE.
_____/

**JOINT STATUS REPORT**

Pursuant to the Court's Order (ECF No. 21) entered July 13, 2021, Defendants, U.S. Department of State, *et al.*, file this report regarding the status of the U.S. Department of State's ("State" or the "Department") processing of Plaintiffs' FOIA request.

State hereby advises the Court that it made productions of responsive material to Plaintiffs on February 19, 2021, March 22, 2021, April 19, 2021 and May 19, 2021, and concluded processing of Plaintiffs' FOIA request. Plaintiffs reviewed State's production and provided questions to State regarding the agency's search for responsive material and withholding of certain information pursuant to FOIA exemptions. On September 13, 2021, State provided a draft *Vaughn* index to Plaintiffs, as well as initial responses to Plaintiffs' questions regarding State's search. State also issued discretionary releases of some information previously withheld by State to Plaintiff on September 13, 2021, and released one additional record in part to Plaintiff on September 27, 2021.

Plaintiffs and State require additional time to assess whether there are any issues remaining for the Court's attention. Accordingly, the parties respectfully request leave to file a

further joint status report, on or before December 14, 2021, advising the Court as to any outstanding issues, and whether a briefing schedule will be necessary.

Respectfully Submitted,
Miami, Florida
October 13, 2021

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: /s/ Carlos Raurell
Carlos Raurell
Assistant United States Attorney
Florida Bar No. 586293
99 N. E. 4th Street
Miami, Florida  33132
Carlos.Raurell@usdoj.gov
Tel. No. (305) 961-9243

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on this 13th day of October, 2021, the foregoing Status Report was filed with the Clerk of Court using the CM/ECF electronic filing system.

/s/ Carlos Raurell
Assistant US Attorney